| | |
|---|---|
| Mark Miller (#9563) <br> Brett Foster (#6089) <br> Tamara L. Kapaloski (#13471) <br> **DORSEY & WHITNEY LLP** <br> 111 S. Main Street, Suite 2100 <br> Salt Lake City, UT 84111 <br> Telephone:  (801) 933-7360 <br> Facsimile:  (801) 933-7373 <br> foster.brett@dorsey.com <br> miller.mark@dorsey.com <br> kapaloski.tammy@dorsey.com | Mike Keyes (pro hac vice pending) <br> **DORSEY & WHITNEY LLP** <br> 701 Fifth Avenue, Suite 6100 <br> Seattle, WA 98104-7043 <br> Telephone:  (206) 903-8800 <br> Facsimile:  (206) 903-8820 <br> keyes.mike@dorsey.com |

*Attorneys for Plaintiff Instructure, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **INSTRUCTURE, INC.**, a Delaware corporation, <br><br>          Plaintiff, <br><br> vs. <br><br> **CANVAS TECHNOLOGIES, INC.**, a Delaware corporation, <br><br>          Defendant. | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** <br><br> Civil No. 2:21-cv-00454-DAK <br><br> Judge Dale A. Kimball |

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff Instructure, Inc. ("Instructure") hereby provides this Corporate Disclosure Statement and declares that it is wholly owned by its parent company, Instructure Holdings, Inc.  A supplemental disclosure statement will be filed upon any change in the information provided.

DATED this 27th day of July, 2021.    Respectfully submitted,

                                          By: /s/*Mark A. Miller*
                                          Mark Miller (#9563)
                                          Brett Foster (#6089)
                                          Tamara L. Kapaloski (#13471)

                                          *Attorneys for Plaintiff Instructure, Inc.*