Mark Miller (#9563)
Brett Foster (#6089)
Tamara L. Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
miller.mark@dorsey.com
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

Mike Keyes (*admitted pro hac vice*)
**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
keyes.mike@dorsey.com

*Attorneys for Plaintiff Instructure, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **INSTRUCTURE, INC.**, a Delaware corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>**CANVAS TECHNOLOGIES, INC.**, a Delaware corporation, ,<br><br>          Defendant. | **PLAINTIFF INSTRUCTURE INC.'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil No. 2:21-cv-00454-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

Defendant was served with Plaintiff's preliminary injunction motion on August 17, 2021. *See* ECF 13. Defendant's response was due on August 31, 2021, fourteen (14) days after service of the motion. *See* DUCivR 7-1(b)(3)(B) ("All other motions, including motions filed pursuant to Rule 65 of the Federal Rules of Civil Procedure. A memorandum opposing any motion that is not filed pursuant to Fed. R. Civ. P. 12(b), 12(c), and 56 must be filed within 14 days after service of the motion or within such time as allowed by the Court."); ECF 15 (Order Re: Procedures for

Emergency Motion directs that "the deadlines in DUCivR 7-1 apply"). Defendant failed to file any objection or other response by the deadline for responding. Therefore, Plaintiff respectfully requests entry of the preliminary relief as set forth in the motion.

DATED this 1st day of September, 2021.

Dorsey & Whitney LLP

By: /s/ *Tamara L. Kapaloski*
Mark Miller (#9563)
Brett Foster (#6089)
Mike Keyes (admitted pro hac vice)
Tamara L. Kapaloski (#13471)

*Attorneys for Plaintiff Instructure, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2021, a true and correct copy of the foregoing document was served on counsel of record via CM/ECF.

/s/ Tamara L. Kapaloski