# EXHIBIT 5

Learning Management System | LMS | Canvas by Instructure

The Wayback Machine - https://web.archive.org/web/20170708021133/https://www.canvaslms.com/?lead_source_des...

 canvas

Higher Ed    K-12    News    About Us    Canvas Network    Arc    **TRY CANVAS FREE**

## ALIGN MORE WITH

# GOALS.
# OUTCOMES.
# AWESOMENESS.

Canvas is the LMS that makes teaching and learning (and implementation and adoption and customer support and student success and bragging to your non-Canvas-using peers) easier.

**TRY CANVAS FREE NOW**



Learning Management System | LMS | Canvas by Instructure

# ☀ canvas

Higher Ed    K-12    News    About Us    Canvas Network    Arc    **TRY CANVAS FREE**

LEARN MORE

## CANVAS FOR HIGHER ED. FASTER, DEEPER, AND GIDDIER ADOPTION THAN ANY OTHER LMS.

Canvas is the 21st Century LMS. Adaptable. Reliable. Customizable. Easy to use. Mobile. Time-saving. And, perhaps most importantly, it gets used. That's because it's designed to get out of your way, to let you do your thing. Every last feature, every last interface is crafted to save you time and effort and to make teaching and learning easier. That's why Canvas is adopted faster and deeper than any other LMS. HOW CAN CANVAS MAKE TEACHING & LEARNING EASIER FOR YOU? **LEARN MORE**

play

**Streamlining the world's largest education system.**





Higher Ed    K-12    News    About Us    Canvas Network    Arc

**TRY CANVAS FREE**



Take Canvas for a test drive with our free, two-week trial account. It's pre-loaded with course content to help you explore and hit the ground running. **Try it.**

# Choosing an LMS comes down to 3 simple questions.

**1. WILL IT GET USED?**    **2. WILL IT ADAPT TO YOUR NEEDS?**

**3. IS IT RELIABLE?**

No matter which LMS you choose, if it doesn't get used, then what's the point? All the features in the world mean nothing if no one uses them.



# UNMUTE LEARNING WITH ARC.

Arc is an online video platform that makes learning more impactful through active collaboration. It works hand-in-digital-hand with Canvas to

Learning Management System | LMS | Canvas by Instructure



make teaching and learning (with video) easier, smarter, and more interactive.

Higher Ed    K-12    News    About Us    Canvas Network    Arc    **TRY CANVAS FREE**

Learn More About Arc

# wha'ppening?

**Canvas is everywhere**
Join us at InstructureCon every summer and look for us all over the darn place the rest of the year.

**WELCOME TO RESEARCH NIRVANA!**                    **Canvas App Center. LTI FTW!**



Learning Management System | LMS | Canvas by Instructure

Do you love research? How about well-organized, super-pertinent, edu-informed research? Well, then get a load of our new Research Center (which will soon) aim to grow into a vibrant epicenter of whitepapers, infographics, videos, and other awesomeness directly from our borderline obsessive research team. Get your whitepapers (and other awesomeness) HERE.

The Canvas App Center is your gateway to a world of powerful teaching tools. Even the least tech-savvy teachers can easily browse a library and TI to single click—m

**Open the door to a truly custom teaching experience and more possibilities with Canvas App Center.**

Higher Ed | K-12

Higher Ed  K-12  News  About Us  Canvas Network  Arc

TRY CANVAS FREE



CAREER PREPAREDNESS & LIFELONG LEARNING

A GLOBAL PERSPECTIVE

CHANGE: It's Worth It

Migrating Your University's LMS Is Much Easier Than You Think

### Arc makes video smart, easy, and interactive.

Most online video platforms are passive, and then there's Arc. Arc works in tandem with Canvas to make video learning more effective through active collaboration. Arc also provides built-in asset management and detailed analytics.

### Get a global perspective on career preparedness.

College may have prepared you to write (and rewrite) your thesis statement, but how well did it prepare you to launch (and relaunch) your career? In 2015, our Research and Education team put these questions to the test with a survey of more than 7,500 current and former college students in 14 countries. Find out how attitudes differ globally about the role and effectiveness of higher education in preparing students for the workforce.

### Learn how Canvas makes LMS migration easier than you think.

Before you decide to stick with a mediocre learning platform just to avoid change, read the new e-book by Education Dive. It highlights the ease of migrating to a modern, best-in-breed LMS like Canvas.

**HELP**

Community
Canvas Guides
Support
Developers
Security

**REFERENCE**

Privacy Policy
Terms of Use
Accessibility
Open Source
Affordability

**COMPANY**

Partners
Jobs
About Us
Canvas Studio

**KEEP LEARNING**

6330 South 3000 East, Suite 700
Salt Lake City, UT 84121

info@canvaslms.com

866.570.3034

**CHANGE REGION**

TRY CANVAS

REQUEST INFO  

  

© 2017 Instructure. All rights reserved.

Learning Management System | LMS | Canvas by Instructure



Higher Ed    K-12    News    About Us    Canvas Network    Arc    TRY CANVAS FREE