# United States District Court
## District of Utah



**Kimberly A. Free, PhD**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

January 6, 2022

Sterling Arthur Brennan
MASCHOFF BRENNAN
111 S MAIN STE 600
SALT LAKE CITY, UT 84111

Mark A. Miller
DORSEY & WHITNEY LLP
111 S MAIN ST 21ST FL
SALT LAKE CITY, UT 84111-2176

RE:   NOTICE OF APPEAL
      Instructure v. Canvas Technologies
      Defendant/Appellant  Plaintiff/Appellee
      Lower Docket: 2:21-cv-00454-DAK

The notice of appeal for this case has been filed.

**RETAINED** Counsel for the appellant is instructed to download the "Initial Appeal Documents and Instructions" for this appeal from www.ca10.uscourts.gov  In addition, counsel will need to download the "Designation of Record" form from the 10th Circuit web site.   Please follow the instructions for Transcript Order Form and Docketing Statement (for appellant only) regarding counsel's responsibility for compliance. For specific requirements concerning transcripts, records on appeal, briefs and appendices to briefs, please refer to the Federal Rules of Appellate Procedure and the Rules of the Tenth Circuit Court of Appeals. Rules of the Tenth Circuit are available at www.ca10.uscourts.gov.

Counsel and the Tenth Circuit will receive the following via CM/ECF (If counsel or party are not e-filers, they will receive these documents by mail): Order/Judgment being appealed from, Notice of Appeal, Letter of Transmission of the Preliminary Record on Appeal, Docket Sheet. This case contains sealed documents.

Sincerely,

Kimberly A. Free, PhD, Clerk

By:

Elizabeth Toscano
Deputy Clerk

cc: Clerk, U.S. Court of Appeals, Tenth Circuit
Court Reporter: Rebecca Janke
District: 1088
Jurisdiction: Federal Question
Fee Status: Paid

Judge Dale A. Kimball
Counsel of Record
Division: Central