Mark Miller (#9563)
Brett Foster (#6089)
Tamara Kapaloski (#13471)
**DORSEY & WHITNEY LLP**
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone: (801) 933-7360
Facsimile:  (801) 933-7373
miller.mark@dorsey.com
foster.brett@dorsey.com
kapaloski.tammy@dorsey.com

Mike Keyes (*admitted pro hac vice*)
**DORSEY & WHITNEY LLP**
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
keyes.mike@dorsey.com

*Attorneys for Plaintiff/Counterclaim Defendant Instructure, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **INSTRUCTURE, INC.**, a Delaware corporation,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>vs.<br><br>**CANVAS TECHNOLOGIES, INC.**, a Delaware corporation,<br><br>Defendant/Counterclaim-Plaintiff. | **DECLARATION OF MARK MILLER IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PRELIMINARY INJUNCTION**<br><br>Civil No. 2:21-cv-00454-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

I, MARK MILLER, declare as follows:

1. I am an attorney with the law firm of Dorsey & Whitney LLP, counsel to Plaintiff Instructure, Inc. ("Instructure") in the above captioned case. I submit this Declaration in support of Plaintiff's Motion for an Order to Show Cause Why Defendant Should Not Be Held in Contempt

of the Court's Preliminary Injunction. I am fully familiar with the facts set forth in this Declaration from personal knowledge or from documents that I have reviewed. If called as a witness I could and would testify competently under oath to the facts contained herein.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the Emergency Motion to Stay Entry of Preliminary Injunction Pending Appeal that Defendant filed in the Tenth Circuit on January 20, 2022.

3.  On January 24, 2022, I typed www.canvas.com in the address bar of my internet browser, viewed the content of the resulting website, and clicked the "for candidates" menu option at the top of the website. Attached hereto as **Exhibit B** is a true and correct copy of the printout I made of the canvas.com/candidates page on Defendant's website.

4.  On January 24, 2022, I typed www.canvas.com in the address bar of my internet browser and viewed the content of the resulting website. Attached hereto as **Exhibit C** is a true and correct copy of the printout I made of the canvas.com website.

5.  On January 24, 2022, I read a news article on the internet published by Domain Name Wire entitled "Canvas is still using canvas.com after court deadline passes." Attached hereto as **Exhibit D** is a true and correct copy of this news article.

6.  On January 24, 2022, I communicated via email with Defendant's counsel regarding Defendant's contempt. Attached hereto as **Exhibit E** is a true and correct copy of this correspondence.

//

//

//

DATED this 24th day of January, 2022.

                    DORSEY & WHITNEY LLP

                    /s/ *Mark Miller*
                    Mark Miller (#9563)
                    Brett Foster (#6089)
                    Mike Keyes (*admitted pro hac vice*)
                    Tamara L. Kapaloski (#13471)

                    *Attorneys for Plaintiff/Counterclaim-Defendant Instructure, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2022, a true and correct copy of the foregoing document was served on counsel of record via the Court's ECF system.

Sterling A. Brennan: sbrennan@mabr.com
Charles J. Veverka: cveverka@mabr.com
Peter J. Willsey: pwillsey@brownrudnick.com
Vincent J. Badolato: vbadolato@brownrudnick.com
Jason M. Sobel: jsobel@brownrudnick.com
Stephanie P. Calnan: scalnan@brownrudnick.com

*/s/ Mark Miller*