**EXHIBIT D**



On January 19, he denied Canvas' request for a stay and reiterated his January 20 deadline.

It's now January 24, and Canvas hasn't changed its brand.

It appears that Canvas is waiting for the 10th Circuit Court of Appeals to grant it a reprieve. On January 20, the company filed an Emergency Motion to Stay Entry of Preliminary Injunction Pending Appeal with the appeals court. The company reiterated its plea that changing its brand and domain name would devastate the business, making any future decisions in its favor moot.

The appeals court is asking Instructure to respond by January 26.

It makes sense that Canvas would wait for the appeals court to rule, given the short timeframe and the repercussions of changing its domain name and brand.

### Learn More…

1. Wow: judge orders Canvas.com to stop using its domain name
2. Judge reiterates demand that Canvas.com stop using its domain… tomorrow!
3. After rebranding with Canvas.com, recruiting site faces trademark infringement claims

💬 1 Comment

Tags: Canvas.com, Instructure

Partners & Sponsors









### Comments

**Mike** says
January 24, 2022 at 12:10 pm

Is that not contempt of court ,not complying with a Court Order ?. An appeal doesn't usually stop the Order having to be obeyed . Just asking not inferring anything just interested to know in US.

Like

Reply

## Leave a Comment

Enter your comment here...

This site uses Akismet to reduce spam. Learn how your comment data is processed.



Privacy Policy & Terms of Service    Disclosures    Advertising

© 2005–2022 Domain Name Wire • DNW and Domain Name Wire are trademarks of Brainstorm Labs, LLC