## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INSTRUCTURE, INC.,<br>a Delaware corporation,<br><br>     Plaintiff/<br>     Counterclaim-Defendant,<br><br>  v.<br><br><br>CANVAS TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>     Defendant/<br>     Counterclaim-Plaintiff. | Civil No. 2:21-cv-00454-DAK-CMR<br><br>**DECLARATION OF ADAM GEFKOVICZ IN SUPPORT OF CANVAS TECHNOLOGIES, INC.'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PRELIMINARY INJUNCTION**<br><br>District Judge: Hon. Dale A. Kimball<br>Magistrate Judge: Hon. Cecelia M. Romero |

I, Adam Gefkovicz, declare as follows:

1.  I am a Co-Founder and currently serve as Co-Chief Executive Officer of Canvas Technologies, Inc. ("Canvas"), the Defendant/Counterclaim-Plaintiff in the above-captioned matter. I submit this declaration in support of Canvas's Response to the Court's Order to Show Cause Why Defendant Should Not Be Held in Contempt of the Court's Preliminary Injunction to explain Canvas's substantial efforts, resources expended, and actions taken and planned to be taken to comply with the Court's Order requiring Canvas to cease all use of the CANVAS mark.

*Background*

2.  Canvas was founded in 2017 under the name Jumpstart Ventures, Inc. ("Jumpstart") as a recruiting platform created to help companies hire diverse, early-in-career teams.

3.  Canvas's online cloud-based platform permits companies to hire diverse teams from Canvas's talent pool with insight and transparency into the diversity of applicants in the hiring process and also allows prospective employees to search for employment opportunities.

Canvas's customers are employers seeking to fill job positions and candidates seeking employment. Our customers access our services through Canvas's website at www.canvas.com or through its mobile App, which is available for both Android and iOS (Apple) devices on app stores for the respective devices ("App Stores").

4.      At all times since its inception, Canvas has been an online business and interacts with, and delivers its services to, its customers over the internet. As such, our customers locate Canvas by searching for our name "Canvas" in search engines such as Google, going directly to or searching for our website at www.canvas.com, or searching App Stores for the name "Canvas."

5.      As a consequence of Canvas's business being exclusively transacted over the internet, using the domain name www.canvas.com and searching for the brand CANVAS are the primary means by which our customers—employment candidates and employers— are able to locate Canvas's services.

6.      CANVAS is both our company name and house brand rather than just the name of a discrete product or service of the company.

***Canvas's Previous and Recent Rebrand Experience***

7.      Canvas has recent experience with how long it takes to complete a rebranding of our business on an aggressively short timeframe without interrupting services for employers and job candidates because we recently underwent a rebrand from JUMPSTART to CANVAS in the first half of 2021.

8.      We began that rebranding process on or about the beginning of January 2021, which among other things entailed launching a new website and a new mobile App and educating consumers via extensive marketing including new social media pages on Twitter, Instagram, TikTok, and Linkedin. We were able to launch the new website, new mobile App, and new social

media pages in late May 2021, with the work to troubleshoot and convert remaining parts of our website and mobile App continuing into mid-June 2021. We were advised by our branding consultants at the time that this was an aggressively fast time frame.

9.     Also, during that rebrand, we had resources in place that we do not presently have, including a software engineer who was highly specialized and expert in iOS and Android mobile App development and deployment; a large marketing team; and external branding and marketing consultants. None of those aforementioned resources are currently available to us as they were when we rebranded last year.

### *Efforts to Comply with Court's Order*

10.     On January 5, 2022, the Court granted Instructure's Motion for a Preliminary Injunction and ordered Canvas to disable our website at www.canvas.com and remove the use of CANVAS from the internet within fifteen days of the Court's Order.

11.     Within hours of that Order, we consulted with our counsel and, separately, strategized internally on next steps, including selecting a new company name.

12.     On January 6, 2022, one day after the Court issued its Order, we consulted with our counsel regarding the viability of using certain new names and instructed our counsel to conduct trademark clearance searches. The next day, we received advice from counsel with respect to one of the potential options for a new company name.

13.     In the days immediately following entry of the Order, we continued to strategize on a company name and were in daily contact with our counsel, who provided advice and ran additional trademark clearance searches. █████████████████████████████████████
██████████████████

3

14.     Simultaneously with the process of searching for and selecting a new company name, we also assembled a Canvas team to lead the efforts in creating and executing a plan to comply with the Order. This team consisted of members from our engineering product and design ("EPD") team and our go-to-market ("GTM") team.

15.     The plan involved two phases in order to optimize efficiency. Phase 1 of the plan focuses on compliance with the PI Order and includes two sub-phases: █████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████ Phase 1 reflects our effort to remove all references to CANVAS and replace them with our new company name as quickly as possible.

16.     ████████████████████████████████████████████

████████████████████████████████████████████. While Phase 1 prioritizes speed over quality, Phase 2 is the more methodical and intentional rebranding process without the time pressure of the Court's Order that will allow us to solidify a new brand identity, focusing on all visual aspects and finer strategic details including color schemes, designs, animations, and specific wording for rebranded company materials and messaging. ████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████

17.     In order to align all team members and their efforts to comply with the Order, we detailed in writing each task necessary for the rebrand, which are organized into three fundamental categories – (i) marketing, (ii) product, and (iii) compliance/legal. Each category requires an

assessment of the following issues: whether or not a task is dependent on the selection of the new name, whether or not the team has everything they need to get started working on the task, and who is responsible for the work. Some of these writings were created as "live links" so that team members could work in them simultaneously and collaboratively while updating the status of tasks and noting progress. For example, the EPD team, specifically the engineering managers, worked in Asana boards (an electronic collaborative work tool) to optimize efficiency. We also created private channels on Slack, an intracompany communications system, in which team members provided daily updates and detailed steps taken to advance the plan.

18.     We also identified all content that would need to be rebranded such as all automatic emails, including marketing and operational emails to both candidates and recruiters (e.g., verification emails, reminders, event confirmations, password resets, weekly newsletters, recruiter job created confirmation emails, etc.) and links to blogs, sales material, and podcasts. For some content, our marketing team has already been able to remove references to CANVAS with generic language that is not specific to a new company name. For example, from January 18 through 20, 2022, our marketing team removed all references to CANVAS from 129 blogs, examples of which are reflected in the below screenshots with "Canvas" highlighted for ease of reference. Because there was no quick fix for this process, our marketing team had to manually make each change for the 129 blogs, which took over two full working days.





· Back to Blog

RECRUITER TIPS

# 3 Hybrid Recruiting Lessons Companies Shouldn't Ignore

by Canvas Contributer

NOV 8, 2021

In this unprecedented time, recruiters have been forced to make changes to their processes that allow them to incorporate online efforts into their diversity recruiting strategies, while still effectively connecting with potential talent. In order to explore how the pandemic has changed the way early in career recruiters work, Canvas teamed up with Katelyn Amidon, Recruiting Manager at Lyft, in a webinar entitled "University Recruiting in a Semi-Virtual World: Everything You Need to Know." During the event, Katelyn discussed the lessons Lyft learned as the company navigated its way through this new territory.

*Watch our on-demand webinar for tips on preparing for hybrid university recruiting*

The following are some of the eye-opening observations Katelyn shared.

**Stop setting diversity goals. Start meeting them.**

Join hundreds of businesses, from startups to Fortune 500 companies, using Canvas to build diverse teams

See it in action

## As of November 28, 2021




· Back to Blog

RECRUITER TIPS

# 3 Hybrid Recruiting Lessons Companies Shouldn't Ignore

By:

Sara Martinez (she/her)

NOV 8, 2021

In this unprecedented time, recruiters have been forced to make changes to their processes that allow them to incorporate online efforts into their diversity recruiting strategies, while still effectively connecting with potential talent. In order to explore how the pandemic has changed the way early in career recruiters work, we teamed up with Katelyn Amidon, Recruiting Manager at Lyft, in a webinar entitled "University Recruiting in a Semi-Virtual World: Everything You Need to Know." During the event, Katelyn discussed the lessons Lyft learned as the company navigated its way through this new territory.

*Watch our on-demand webinar for tips on preparing for hybrid university recruiting*

The following are some of the eye-opening observations Katelyn shared.

**Stop setting diversity goals. Start meeting them.**

Join hundreds of businesses, from startups to Fortune 500 companies, using our platform to build diverse teams

See it in action

## As of January 20, 2021

6





**As of November 8, 2021**



**As of January 18, 2021**

19. ██████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

20.     Because we anticipated that securing a new company name would not be immediate, to optimize efficiency, we identified tasks that were dependent on the new company name and logo and those that were not, which we referred to as "pre-work." For tasks that were dependent on the new name, we "scoped" (i.e., detailed each step and assigned ownership of each step to a team member) those tasks.

21.     For the "pre-work," we not only "scoped" those tasks but also instructed team members to get started on the "pre-work" immediately while the process for selecting a new company name was still underway. The goal of the "pre-work" is to set up the product (i.e., the diversity recruiting platform) in such a way to expedite the process of changing the product once selection of the new name and domain has been finalized. ████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████

23.     ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████

24.    By January 25, 2022, we had replaced references to CANVAS with generic language that is not specific to a new company name on our public-facing website as reflected in the below screenshots with "Canvas" highlighted for ease of reference.





**As of August 2021**                    **As of January 25, 2022**



**As of August 2021**





**As of August 2021**



**As of January 25, 2022**



**As of August 2021**



**As of January 25, 2022**

**Behind the Canvas**

Our team is composed of people from every background and experience. We're MLK Scholars, high school dropouts, former artists, veterans and working parents. We're a passionate team of learners and doers with a bias for action. We encourage each other to remember and exercise our individual "why" in service to our mission.

**Behind our company**

Our team is composed of people from every background and experience. We're MLK Scholars, high school dropouts, former artists and working parents. We're a passionate team of learners and doers with a bias for action. We encourage each other to remember and exercise our individual "why" in service to our mission.

**As of August 2021**                    **As of January 25, 2022**





**As of August 2021**                    **As of January 25, 2022**



**As of August 2021**



**As of January 25, 2022**

11

25.  ███████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████ All the

technical work detailed above that we are currently doing would be necessary even if we were to

simply revert to Jumpstart. ████████████████████████████

██████████████████████████████████████████████

██████████████████████ Since we rebranded, we have changed and developed our

product for six months. In other words, the capabilities of our current product have advanced such

that the product structure is now incomparable to our prior product version when we operated as

Jumpstart. Put simply, there is no equivalent of a Jumpstart product to which we can go back for

use with our business going forward.

26.  From a software development perspective, we often talk in terms of rolling forward

and rolling back. What the Court and Instructure is suggesting with respect to using jumpstart.me

would be rolling back, something that we try to avoid as it generally requires more work than

rolling forward.█████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████ The dynamic nature of Canvas's product makes rolling back often unfeasible and more work

than rolling forward.

27.     Further, the Court's suggestion that we can simply stop re-directing the public from jumpstart.me to canvas.com assumes that people are visiting jumpstart.me ███████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████

██ ██ ████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

29.     The very nature of Canvas's product relies on email communication.████████

███████████████████████████████████████████████

██████ Domain warming is a process in which emails from new domain names are "warmed up"

(i.e., familiarized) such that they are not caught in user's spam filters. The domain warming process

takes at least 30 days.██████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████.

30.     Despite Instructure's characterization otherwise, it has not been business as usual

at Canvas in the wake of the Order.█████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████. We

have been working diligently every business day and throughout the weekends, including MLK

Day, which is an important holiday given our company's mission of diversity, equity, and

inclusion, since the Court entered its Order and have expended significant resources, in terms of

both time and money, to do all that is possible to comply with the Court's Order and will continue

to do so going forward until the process is completed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

Dated: February 4, 2022

*Adam Gefkovicz*
Adam Gefkovicz (Feb 4, 2022 18:55 EST)

Adam Gefkovicz

14

# 2022.02.04 - A. Gefkovicz's Declaration

Final Audit Report                                                                 2022-02-04

| Created: | 2022-02-04 |
|---|---|
| By: | Stephanie Calnan (scalnan@brownrudnick.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUHLRdm6jmZnse7vRxz2pyxdagE9cWEb5 |

## "2022.02.04 - A. Gefkovicz's Declaration" History

📄 Document created by Stephanie Calnan (scalnan@brownrudnick.com)
2022-02-04 - 11:42:00 PM GMT- IP address: 66.28.218.29

📧 Document emailed to Adam Gefkovicz (adam@canvas.com) for signature
2022-02-04 - 11:42:32 PM GMT

📄 Email viewed by Adam Gefkovicz (adam@canvas.com)
2022-02-04 - 11:54:40 PM GMT- IP address: 66.102.8.9

✍️ Document e-signed by Adam Gefkovicz (adam@canvas.com)
Signature Date: 2022-02-04 - 11:55:06 PM GMT - Time Source: server- IP address: 67.245.31.33

✅ Agreement completed.
2022-02-04 - 11:55:06 PM GMT

📕 **Adobe Sign**