Sterling A. Brennan (UT Bar No. 10060)
sbrennan@mabr.com
MASCHOFF BRENNAN
GILMORE & ISRAELSEN, PLLC
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850

Peter J. Willsey (Admitted Pro Hac Vice)
pwillsey@brownrudnick.com
Vincent J. Badolato (Admitted Pro Hac Vice)
vbadolato@brownrudnick.com
BROWN RUDNICK LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 536-1700

Jason M. Sobel (Admitted Pro Hac Vice)
jsobel@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800

Stephanie P. Calnan (Admitted Pro Hac Vice)
scalnan@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200

Attorneys for Defendant/Counterclaim-Plaintiff
CANVAS TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| INSTRUCTURE, INC., a Delaware corporation,<br><br>    Plaintiff/ Counterclaim-Defendant,<br><br> v.<br><br>CANVAS TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Defendant/ Counterclaim-Plaintiff. | Civil No. 2:21-cv-00454-DAK-CMR<br><br>**JOINT MOTION FOR STIPULATED ORDER REGARDING INJUNCTIVE RELIEF**<br><br>District Judge: Hon. Dale A. Kimball<br>Magistrate Judge: Hon. Cecelia M. Romero |

  Defendant/Counterclaim-Plaintiff Canvas Technologies, Inc., now renamed and known as Untapped Labs, Inc. ("Untapped"), and Plaintiff/Counterclaim-Defendant Instructure, Inc. ("Instructure," and collectively with Untapped, the "Parties"), by and through their respective attorneys, hereby jointly move the Court for the entry of a Stipulated Order as detailed below.

1

WHEREAS the Parties have reached agreement and have executed a written settlement agreement resolving this matter;

WHEREAS the Parties jointly request entry of a Permanent Injunction in the form of Exhibit 1 hereto prohibiting Untapped from using CANVAS or confusingly similar variations thereof as trademarks in the future; and

WHEREAS the Parties also jointly acknowledge that Untapped was in substantial compliance with the Court's preliminary injunction order (D.E. 74) as of February 10, 2022.

WHEREFORE, the Parties respectfully move the Court to issue an order in the form of Exhibit 1 hereto granting a Permanent Injunction and acknowledging Untapped's substantial compliance with the Court's preliminary injunction order (D.E. 74).

| | |
|---|---|
| Dated: April 29, 2022 | Respectfully submitted, |
| | |
| */s/ Mark Miller* | */s/ Sterling A. Brennan* |
| Mark Miller (#9563) | Peter J. Willsey (*pro hac vice*) |
| Brett Foster (#6089) | Vincent J. Badolato (*pro hac vice*) |
| Tamara L. Kapaloski (#13471) | Jason M. Sobel (*pro hac vice*) |
| DORSEY & WHITNEY LLP | Stephanie P. Calnan (*pro hac vice*) |
| 111 S. Main Street, Suite 2100 | BROWN RUDNICK LLP |
| Salt Lake City, UT 84111 | pwillsey@brownrudnick.com |
| Telephone: (801) 933-7360 | vbadolato@brownrudnick.com |
| Facsimile: (801) 933-7373 | jsobel@brownrudnick.com |
| foster.brett@dorsey.com | scalnan@brownrudnick.com |
| miller.mark@dorsey.com | |
| kapaloski.tammy@dorsey.com | Sterling A. Brennan (UT Bar No. 10060) |
| | MASCHOFF BRENNAN |
| Mike Keyes (*pro hac vice*) | GILMORE & ISRAELSEN, PLLC |
| DORSEY & WHITNEY LLP | sbrennan@mabr.com |
| 701 Fifth Avenue, Suite 6100 | |
| Seattle, WA 98104-7043 | |
| Telephone: (206) 903-8800 | Attorneys for Defendant/Counterclaim-Plaintiff |
| Facsimile: (206) 903-8820 | CANVAS TECHNOLOGIES, INC. |
| keyes.mike@dorsey.com | |
| | |
| Attorneys for Plaintiff/Counterclaim-Defendant INSTRUCTURE, INC. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April 2022, a true and correct copy of the foregoing document was served on counsel of record via CM/ECF.

                                            */s/ Sterling A. Brennan*
                                            Sterling A. Brennan