# **<u>EXHIBIT 1</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INSTRUCTURE, INC., a Delaware corporation,<br><br>   Plaintiff/<br>   Counterclaim-Defendant,<br><br> v.<br><br>CANVAS TECHNOLOGIES, INC., a Delaware corporation,<br><br>   Defendant/<br>   Counterclaim-Plaintiff. | Civil No. 2:21-cv-00454-DAK-CMR<br><br>**[PROPOSED] STIPULATED ORDER REGARDING INJUNCTIVE RELIEF**<br><br>District Judge: Hon. Dale A. Kimball<br>Magistrate Judge: Hon. Cecelia M. Romero |

 Having considered the parties' Joint Motion for a Stipulated Order Regarding Injunctive Relief wherein the parties have stipulated to the entry of this order, and finding good cause for the same, the COURT hereby GRANTS the Parties' Joint Motion and

 (1) IT IS HEREBY ORDERED THAT Canvas Technologies, Inc. now known as Untapped Labs, Inc. ("Untapped") is permanently enjoined from using CANVAS or confusingly similar variations thereof as trademarks; and

 (2) IT IS HEREBY ACKNOWLEDGED THAT Untapped was in substantial compliance with the Court's preliminary injunction order as of February 10, 2022.

SO ORDERED this _____ day of _____, 2022,

                    _____
                    Honorable Dale A. Kimball
                    United States District Judge