Sterling A. Brennan (UT Bar No. 10060)
sbrennan@mabr.com
MASCHOFF BRENNAN
GILMORE & ISRAELSEN, PLLC
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850

Peter J. Willsey (Admitted Pro Hac Vice)
pwillsey@brownrudnick.com
Vincent J. Badolato (Admitted Pro Hac Vice)
vbadolato@brownrudnick.com
BROWN RUDNICK LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 536-1700

Jason M. Sobel (Admitted Pro Hac Vice)
jsobel@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800

Stephanie P. Calnan (Admitted Pro Hac Vice)
scalnan@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200

Attorneys for Defendant/Counterclaim-Plaintiff
CANVAS TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| INSTRUCTURE, INC.,<br>a Delaware corporation,<br><br>                Plaintiff/<br>                Counterclaim-Defendant,<br><br>  v.<br><br>CANVAS TECHNOLOGIES, INC.,<br>a Delaware corporation,<br><br>                Defendant/<br>                Counterclaim-Plaintiff. | Civil No. 2:21-cv-00454-DAK-CMR<br><br>**STIPULATED ORDER OF**<br>**DISMISSAL WITH PREJUDICE**<br><br>District Judge: Hon. Dale A. Kimball<br>Magistrate Judge: Hon. Cecelia M. Romero |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims asserted by and between them in this matter including Plaintiff/Counterclaim-Defendant

1

Instructure, Inc.'s Motion for Attorneys' Fees (*see* D.E. 86, 97, 98, 101), with prejudice, with each party to bear their own costs, expenses, and fees.

Dated: April 29, 2022                                                   Respectfully submitted,

| | |
|---|---|
| */s/ Mark Miller* | */s/ Sterling A. Brennan* |
| Mark Miller (#9563) | Peter J. Willsey (*pro hac vice*) |
| Brett Foster (#6089) | Vincent J. Badolato (*pro hac vice*) |
| Tamara L. Kapaloski (#13471) | Jason M. Sobel (*pro hac vice*) |
| DORSEY & WHITNEY LLP | Stephanie P. Calnan (*pro hac vice*) |
| 111 S. Main Street, Suite 2100 | BROWN RUDNICK LLP |
| Salt Lake City, UT 84111 | pwillsey@brownrudnick.com |
| Telephone: (801) 933-7360 | vbadolato@brownrudnick.com |
| Facsimile: (801) 933-7373 | jsobel@brownrudnick.com |
| foster.brett@dorsey.com | scalnan@brownrudnick.com |
| miller.mark@dorsey.com | |
| kapaloski.tammy@dorsey.com | Sterling A. Brennan (UT Bar No. 10060) |
| | MASCHOFF BRENNAN |
| Mike Keyes (*pro hac vice*) | GILMORE & ISRAELSEN, PLLC |
| DORSEY & WHITNEY LLP | sbrennan@mabr.com |
| 701 Fifth Avenue, Suite 6100 | |
| Seattle, WA 98104-7043 | |
| Telephone: (206) 903-8800 | Attorneys for Defendant/Counterclaim-Plaintiff |
| Facsimile: (206) 903-8820 | CANVAS TECHNOLOGIES, INC. |
| keyes.mike@dorsey.com | |
| | |
| Attorneys for Plaintiff/Counterclaim-Defendant INSTRUCTURE, INC. | |

SO ORDERED this _____ day of _____, 2022,

_____
Honorable Dale A. Kimball
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April 2022, a true and correct copy of the foregoing document was served on counsel of record via CM/ECF.

>       */s/ Sterling A. Brennan*
>       Sterling A. Brennan