Sterling A. Brennan (UT Bar No. 10060)
sbrennan@mabr.com
MASCHOFF BRENNAN
GILMORE & ISRAELSEN, PLLC
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850

Peter J. Willsey (Admitted Pro Hac Vice)
pwillsey@brownrudnick.com
Vincent J. Badolato (Admitted Pro Hac Vice)
vbadolato@brownrudnick.com
BROWN RUDNICK LLP
601 Thirteenth Street NW, Suite 600
Washington, D.C. 20005
Telephone: (202) 536-1700

Jason M. Sobel (Admitted Pro Hac Vice)
jsobel@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800

Stephanie P. Calnan (Admitted Pro Hac Vice)
scalnan@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200

Attorneys for Defendant/Counterclaim-Plaintiff
CANVAS TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| INSTRUCTURE, INC., a Delaware corporation,<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>CANVAS TECHNOLOGIES, INC., a Delaware corporation,<br><br>  Defendant/Counterclaim-Plaintiff. | Civil No. 2:21-cv-00454-DAK-CMR<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**<br><br>District Judge: Hon. Dale A. Kimball<br>Magistrate Judge: Hon. Cecelia M. Romero |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims and counterclaims asserted by and between them in this matter including Plaintiff/Counterclaim-Defendant

Instructure, Inc.'s Motion for Attorneys' Fees (*see* D.E. 86, 97, 98, 101), with prejudice, with each party to bear their own costs, expenses, and fees.

Dated: April 29, 2022                                                     Respectfully submitted,

*/s/ Mark Miller*                                                              */s/ Sterling A. Brennan*
Mark Miller (#9563)                                                      Peter J. Willsey (*pro hac vice*)
Brett Foster (#6089)                                                      Vincent J. Badolato (*pro hac vice*)
Tamara L. Kapaloski (#13471)                                    Jason M. Sobel (*pro hac vice*)
DORSEY & WHITNEY LLP                                         Stephanie P. Calnan (*pro hac vice*)
111 S. Main Street, Suite 2100                                    BROWN RUDNICK LLP
Salt Lake City, UT 84111                                             pwillsey@brownrudnick.com
Telephone: (801) 933-7360                                         vbadolato@brownrudnick.com
Facsimile: (801) 933-7373                                           jsobel@brownrudnick.com
foster.brett@dorsey.com                                             scalnan@brownrudnick.com
miller.mark@dorsey.com
kapaloski.tammy@dorsey.com                                Sterling A. Brennan (UT Bar No. 10060)
                                                                                        MASCHOFF BRENNAN
Mike Keyes (*pro hac vice*)                                        GILMORE & ISRAELSEN, PLLC
DORSEY & WHITNEY LLP                                         sbrennan@mabr.com
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800                                         Attorneys for Defendant/Counterclaim-Plaintiff
Facsimile: (206) 903-8820                                           CANVAS TECHNOLOGIES, INC.
keyes.mike@dorsey.com

Attorneys for Plaintiff/Counterclaim-
Defendant INSTRUCTURE, INC.

SO ORDERED this 2nd day of May, 2022,

Honorable Dale A. Kimball
United States District Judge